UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BERNARD GORDON, | ) | 1:04-CV-05363-REC-WMW-HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EIGHTH EXTENSION OF TIME TO FILE TRAVERSE AND RESPOND TO NOTICE OF LODGING |
| C. K. PLILER, Warden, | ) | (Document #36) |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On September 19, 2005, petitioner filed a motion for an eighth extension of time to file a traverse and respond to the Notice of Lodging filed September 1, 2004. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that petitioner is granted thirty days from the date of service of this order in which to file a traverse and respond to the Notice of Lodging filed September 1, 2004.

IT IS SO ORDERED.

**Dated:   October 17, 2005**            **/s/  William M. Wunderlich**
bl0dc4                                        UNITED STATES MAGISTRATE JUDGE