UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BERNARD GORDON,                          )          1:04-CV-05363-REC-WMW-HC
                                         )
        Petitioner,                      )
                                         )          ORDER GRANTING EXTENSION OF
    v.                                   )          TIME TO FILE TRAVERSE
                                         )
C. K. PLILER,  Warden,                   )          (DOCUMENT #38)
                                         )
        Respondent.                      )
_____ )

        Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

§ 2254.  On November 18, 2005, petitioner filed a motion for a ninth extension of time to file a traverse.

Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

HEREBY ORDERED that:

        Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:     February 1, 2006**          _____/s/  William M. Wunderlich_____
bl0dc4                                   UNITED STATES MAGISTRATE JUDGE