IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNARD GORDON,** | CV F 04-5363 REC WMW HC |
| Petitioner, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| v. | |
| **C. K. PLILER, Warden,** | [Doc. 41] |
| Respondent. | |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On March 06, 2006, Petitioner filed with the court a request for an extension of time to file his traverse.  Good cause appearing, Petitioner's request is GRANTED.  In accordance with the related order entered in this case, Petitioner shall file his traverse  within thirty (30) days of the date that the amended index is lodged with this court or the date that the amended record is returned to the Fresno Division,

whichever is later.

IT IS SO ORDERED.

**Dated:   March 7, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                              UNITED STATES MAGISTRATE JUDGE

2