**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BERNARD GORDON,** ) | CV F 04-5363 REC WMW HC |
| ) | |
| Petitioner, ) | ORDER GRANTING |
| ) | REQUEST RE LODGING OF |
| v. ) | RECORD |
| ) | |
| ) | [Doc. 40] |
| **C. K. PLILER, Warden,** ) | |
| ) | |
| Respondent. ) | |
| ) | |
| _____ ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 06, 2006, Petitioner filed with the court a request for an order from the court regarding re-organizing the record lodged in this case. Good cause appearing, Petitioner's request is GRANTED.

Accordingly, IT IS HEREBY ORDERED as follows:

1) The Clerk of the Court is ORDERED to temporarily transfer the record lodged by Respondent in this case to the Clerk's Office of the Sacramento Division of this court where it shall be temporarily lodged;

2)  Within thirty (30) days after such transfer occurs, the parties SHALL jointly re-order the existing record by replacing the cover pages on any volumes to reflect as necessary the reorganization and re-numeration of the record as jointly agreed by the parties, and shall add any additional volumes which they have identified, appropriately labeled and sequenced;

3)  The Clerk of the Court shall then transfer the corrected and amended record in this case from the Sacramento Division back to the Fresno Division of this court, where it shall be lodged;

4)  Respondent shall lodge an amended index with the Fresno Division, reflecting the new record;

5)  Petitioner shall file his traverse within thirty (30) days of the date that the amended index is lodged with this court or the date that the amended record is returned to the Fresno Division, whichever is later.

IT IS SO ORDERED.

**Dated:   March 7, 2006**              **/s/  William M. Wunderlich**
bl0dc4                                  UNITED STATES MAGISTRATE JUDGE

2