UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORDON,<br><br>    Petitioner,<br><br>    v.<br><br>C. K. PLILER, Warden,<br><br>    Respondent. | 1:04-CV-05363-AWI-WMW-HC<br><br>ORDER GRANTING EXTENSION OF TIME TO CORRECT THE RECORD, FILE TRAVERSE, AND RESPOND TO NOTICE OF LODGING<br><br>(DOCUMENT #51) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On August 9, 2006, petitioner filed a motion to extend time to correct the record, file a traverse, and respond to the notice of lodging. Petitioner has advised respondent's counsel of this request and he has no opposition to it. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to correct the record, file a traverse, and respond to the notice of lodging.

IT IS SO ORDERED.

**Dated:   September 12, 2006**         /s/  **William M. Wunderlich**
bl0dc4                                        UNITED STATES MAGISTRATE JUDGE