**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **BERNARD GORDON,** | CV F 04-5363 AWI WMW HC |
| Petitioner, | ORDER GRANTING REQUEST TO LODGE SEALED DOCUMENT AND REQUEST TO LODGE PAPER DOCUMENTS |
| v. | |
| **C. K. PLILER, Warden,** | |
| Respondent. | [Doc. 54, 55] |

    Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254.  On October 18, 2006, and November 3, 2006, Respondent filed requests to lodge a sealed document and to lodge paper documents in lieu of electronic filing.  Good causing appearing and Petitioner having filed statements of non-

opposition, Respondent's requests are HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:    December 21, 2006**          **/s/  William M. Wunderlich**
bl0dc4                                          UNITED STATES MAGISTRATE JUDGE

2