UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORDON,<br><br>    Petitioner,<br><br>    v.<br><br>C. K. PLILER,<br><br>    Respondent. | 1:04-CV-5363 LJO WMW (HC)<br><br>ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE AND RESPOND TO NOTICE OF LODGING<br><br>(DOCUMENT #72) |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On June 4, 2007, Petitioner filed a motion to extend time to File Traverse and Respond to Notice of Lodging. GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to filed his Traverse and respond to Notice of Lodging.

IT IS SO ORDERED.

**Dated:    June 28, 2007**              /s/  **William M. Wunderlich**
                                                        UNITED STATES MAGISTRATE JUDGE