1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT FOR THE

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  BERNARD GORDON,                          1:04-cv-05363 JLO WMW (HC)

12              Petitioner,
                                             FOURTH ORDER GRANTING
13  vs.                                      EXTENSION OF TIME TO FILE
                                             TRAVERSE
14  C.K. PLILER,
                                             (DOCUMENT #74)
15              Respondent.
                                        /
16

17      Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C.

18  § 2254.  On July 31, 2007, petitioner filed a motion to extend time to file a traverse.  Good cause

19  having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS

20  HEREBY ORDERED that:

21      Petitioner is granted thirty days from the date of service of this order in which to file a

22  traverse.

23

24  IT IS SO ORDERED.

25  **Dated:    September 6, 2007**            _____/s/  William M. Wunderlich_____
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28