IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORDAN,<br><br>    Petitioner,<br><br>vs.<br><br>C.K. PLILER,<br><br>    Respondent.<br>_____/ | 1:04-cv-05363 LJO WMW (HC)<br><br>ORDER GRANTING FIFTH REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #76)<br><br>THIRTY DAY DEADLINE |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On October 8, 2007, petitioner filed a motion to extend time to file a traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   October 22, 2007**            /s/  William M. Wunderlich
                                                      UNITED STATES MAGISTRATE JUDGE