IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORDON, | 1:04-cv-5363 LJO WMW (HC) |
|     Petitioner, | ORDER GRANTING PETITIONER'S SIXTH REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
| vs. | |
| C. K. PLILER, | (DOCUMENT #78) |
|     Respondent. | THIRTY DAY DEADLINE |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On November 21, 2007, petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

    Petitioner is granted thirty days from the date of service of this order in which to file a traverse.

IT IS SO ORDERED.

**Dated:   December 13, 2007**        **/s/  William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE