IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD GORDON,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>C.K. PLILER,<br><br>　　　　Respondent.<br>_____/ | 1:04-cv-05363-LJO-WMW (HC)<br><br>ORDER GRANTING PETITIONER'S SEVENTH REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE AND RESPOND TO NOTICE OF LODGING<br><br>(DOCUMENT #80)<br><br>(21) TWENTY-ONE DAY DEADLINE |

　　　　Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 14, 2008, petitioner filed a motion to extend time to file traverse and respond to notice of lodging. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　　Petitioner is granted twenty-one days from the date of service of this order in which to file traverse and respond to notice of lodging.

IT IS SO ORDERED.

**Dated:   February 11, 2008**　　　　　　　　/s/ William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE