# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNARD GORDON,** | CV F 04-5363 LJO WMW HC |
|       Petitioner, | ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE |
|   v. | |
| **C. K. PLILER, Warden,** | [Doc. 82] |
|       Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 03, 2008, Petitioner filed with the court his eighth request for an extension of time to file his traverse. Good cause appearing, Petitioner's request is GRANTED. Petitioner is GRANTED until March 25, 2008, to file his traverse. No further extensions of time will be granted.

IT IS SO ORDERED.

Dated:   March 11, 2008          /s/ William M. Wunderlich
                                UNITED STATES MAGISTRATE JUDGE